**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **v.** ) | **CASE NO. 5:22-CR-49 (MTT)** |
| ) | |
| **DAVID HEATH,** ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

**ORDER**

The defendant, by and through his counsel, has moved the Court to continue this case to the next trial term.  Doc. 29.  The defendant was indicted on September 13, 2022, and had his arraignment in this Court on September 29, 2022.  Docs. 1; 10.  One prior continuance has been granted.  Doc. 25.  The defendant, by and through his counsel, now moves the Court to continue this case to the next trial term due to defendant's counsel falling ill and being unable to attend the scheduled change of plea hearing.  Doc. 29 at 1.

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant to a speedy trial.  Accordingly, the motion (Doc. 29) is **GRANTED**.  The case is continued from the January term until the Court's trial term presently scheduled for **March 13, 2023**.  The corresponding delay shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161 *et seq.*

**SO ORDERED**, this 4th day of January, 2023..

S/ Marc T. Treadwell
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT